UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                                )
            Plaintiff,          )
                                )
    v.                          )    2:10-CR-205-JCM (VCF)
                                )
ANDREW JAROD BOTHOF,            )
                                )
            Defendant.          )

**AMENDED FINAL ORDER OF FORFEITURE**

On August 26, 2011, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ANDREW JAROD BOTHOF to criminal offenses, forfeiting specific property alleged in the Indictment and the Bill of Particulars and shown by the United States to have a requisite nexus to the offense to which defendant ANDREW JAROD BOTHOF pled guilty. Docket #3, #29, #30, #33, #35.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on August 15, 2011, August 22, 2011, and August 29, 2011, in the Las Vegas Review-Journal/Sun, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 13, 2011, through October 12, 2011, further

. . .

1  notifying all known third parties by personal service or by regular mail and certified mail return
2  receipt requested, of their right to petition the Court. #36, #37, #43.
3        On November 10, 2011, the United States Marshals Service served Wilbur Bothof by regular
4  mail and certified mail with the Amended Preliminary Order of Forfeiture and Notice. #43.
5        This Court finds no petition was filed herein by or on behalf of any person or entity and the
6  time for filing such petitions and claims has expired.
7        This Court finds no petitions are pending with regard to the assets named herein and the time
8  for presenting such petitions has expired.
9        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
10 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
11 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
12 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
13 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code,
14 Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of
15 according to law:
16     a)    Ruger, Model GP100, .357 caliber Revolver serial number 175-46298;
17     b)    Smith and Wesson, Model Magnum, .44 caliber Revolver, serial number N748801;
18     c)    Smith and Wesson, .22 caliber Revolver, serial number M166375;
19     d)    Ruger, Model NRA, .22 caliber Pistol, serial number NRA-06773;
20     e)    AK-47, 7.62X39 caliber Rifle, serial number JL4630;
21     f)    Ruger, Model 10/22, .22 caliber Rifle, serial number 245-80694;
22     g)    Model MINI-14, .223 caliber Rifle, serial number 186-41469;
23     h)    Model 1894, .44 caliber Rifle, serial number 2413222;
24     i)    12 gauge shotgun, Model 870, serial number C463694;
25     j)    12 gauge shotgun, Model 870, serial number S207864V; and
26     k)    any and all ammunition.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED January 4, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, Clerk II, certify that the following individuals were served with copies of the Final Order of Forfeiture on January 4, 2012, by the below identified method of service:

Electronic Filing

Stephen Stein
Stein & Rojas
520 S. Fourth St
Las Vegas, NV 89101
Email: stephensteinesq@yahoo.com
Counsel for the Defendant Andrew Jared Bothof

/s/HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk